## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In Re:                                                  Chapter 13

**HELENE GATTO,**                     Case No.: 8:13-bk-05762-CPM

        Debtor.
_____/

### ORDER GRANTING MOTION TO DETERMINE SECURED STATUS OF ALLIANCE REALTY CAPITAL, LLC

THIS CASE came on for consideration of the Debtor's Motion to Determine Secured Status of **ALLIANCE REALTY CAPITAL, LLC** (Doc. 25) (the "Motion") pursuant to the negative notice provisions of Local Rule 2002-4. The Court, considering the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, deems the Motion to be uncontested. The real property (the "Real Property") that is the subject of this Motion is located at 14123 Village Terrace Drive, Tampa, FL 33624, more precisely described as:

**VILLAGE XVIII**

**UNIT II OF CARROLLWOOD VILLAGE**

**PHASE III**

**N. 33.84 FT OF LOT 5**

**BLOCK 2**

Accordingly, it is hereby

ORDERED:

1. The Motion is granted.

2. The mortgage lien on the Real Property held by **ALLIANCE REALTY CAPITAL,**

**LLC**, recorded on July 28, 2005, at Book 15296, Page 1628 of the official records of Hillsborough County, Florida shall be considered secured to the amount of **$35,549.00**, which amount shall be paid in full at 4% interest over the life of Debtor's plan.

    3.  The mortgage lien shall be considered paid in full and satisfied automatically, without further court order, upon the recordation in the public records of a certified copy of this Order together with (a) a certified copy of the Debtor's Chapter 13 discharge order in this case or (b) such other paper as the Court may specify by separate order.

**DONE AND ORDERED** at Tampa, Florida, on December 16, 2013.

_____
Catherine Peek McEwen
United States Bankruptcy Judge

Attorney Karen Gatto is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.